UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY 25 P 1: 39

U.S. DISTRICT COURT
DISTRICT OF MASS.

```
*******************************)
ELIZABETH TROIANI, individually )
and on                          )
behalf of her minor             )
son PAUL-ANTHONY HART           )
        Plaintiffs              )
                                )
            v.                  ) Civil Action No. 04-10639RWZ
                                )
                                )
CITY OF SOMERVILLE, et al       )
        Defendants              )
*******************************
```

## JOINT STATEMENT OF THE PARTIES AND PROPOSED SCHEDULING AND DISCOVERY PLAN

Pursuant to Local Rule 16.1 and Rules 16 (b), 26 (f), of the Federal Rules of Civil Procedure the parties have conferred for the purposes set forth in the Court's Notice of Scheduling Conference. Parties participating in the conference were Michael C. Donahue, representing the Plaintiff Elizabeth Troiani; James W. Simpson, Representing Defendants McNally, Manzelli, and Leyne; and David Shapiro, Assistant City Solicitor for the City of Somerville representing the City of Somerville, Defendants Donald Caliguri, Daniel Matthews, John Aufiero and Daniel F. Rego.

I.   **AGREED SCHEDULING AND DISCOVERY PLAN**

The parties have agreed to conform with the obligations to limit discovery set forth in Rule 26(b), and to that end agree to take part in informal discovery including compliance with the

automatic disclosure rules set out in Rule 26(a). The Parties further agree that the case should not be a complex fact case and that discovery can be conducted in one phase. As required by the Court's notice the parties hereby submit a proposed discovery plan.

**A.  THE PARTIES PROPOSED DISCOVERY PLAN**

1. Addition of Parties and Amendments of Pleading: All additional parties and amendments of the pleadings shall occurs by **February 1, 2005.**

2. Discovery: Given the number of defendants and potential witnesses, all discovery including interrogatories and supplemental requests for disclosure shall be served on the opposing party by **May 1, 2005.**

3. Plaintiffs request that the presumptive limit of ten (10) depositions per side should be expanded because of the number of defendants and potential additional witnesses. Plaintiffs anticipates that she may need to depose approximately twenty to twenty-five witnesses, including the defendants.

4. All non expert depositions shall be concluded by **April 1, 2005.**

5. Expert Witnesses: The parties anticipate that both will call expert witnesses at the trial. In the event that expert witnesses will be called the parties shall disclose their experts, along with a

written report prepared and signed by the witness pursuant to Rule 26(a)(2) by **July 1, 2005.**

6. Dispositive Motions: All dispositive Motions shall be filed by **August 1,2005**.

7. The parties anticipate that the case should reasonably be expected to be ready for trial as soon as all dispositive motions are decided by the Court.

8. The anticipated length of the trial is **one week**.

II. **CERTIFICATIONS PURSUANT TO LOCAL RULE 16.1 (D)(3)**

All parties will file certifications pursuant to Local Rule 16.1.

III. **AFTER DISCUSSION**

The parties do not consent to a trial before a Magistrate Judge.

Respectfully submitted
on behalf of the Plaintiff,

/s/ Michael C. Donahue
_____
Michael C. Donahue
BBO#128940
Michael C. Donahue, P.C.
P.O. Box 610
South Easton, MA 02375
(508) 238-5501

Respectfully submitted
on behalf of Defendants
McNally, Manzelli, and Leyne

/s/ James W. Simpson mcd
_____
James W. Simpson
BBO#634344
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA 02210
(617) 439-0305

Respectfully submitted
on behalf of Defendants
the City of Somerville, Caliguri, Matthews,
Aufiero and Rego,

/s/ David Shapiro mcd
_____
David Shapiro, Esq.
BBO#565564
City of Somerville-Law Department
93 Highland Avenue
Somerville, MA 02143
(617) 625-6600 ext. 4409

**MICHAEL C. DONAHUE, P.C.**
ATTORNEY AT LAW

P.O. Box 610
South Easton, Massachusetts 02375-0610
Telephone (508) 238-5501
Facsimile (508) 238-5731

FILED
CLERKS OFFICE

2004 MAY 25 P 1:39

U.S. DISTRICT COURT
DISTRICT OF MASS.

Michael C. Donahue

Of Counsel
Suzanne B. Matthews

Cellular (617) 429-3764
E-mail: m.michaeldonahue
@comcast.net

May 24, 2004

Jay Johnson, Docket Clerk for Honorable Rya W. Zobel
United States District Court
for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

RE: Troiani v. City of Somerville, et al
CA. No. 04-16039-RWZ

Dear Mr. Johnson,

Please find for filing a Joint Statement of the Parties and Proposed Scheduling and Discovery Plan. Thank you for your courtesy and cooperation with this matter.

Very truly yours,

Michael C. Donahue

MCD/kjh
enc.

cc: David P. Shapiro, Esq.
James Simpson, Esq.