UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY 26  P 12: 32

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| ELIZABETH TROIANI, individually and on behalf of her minor son, PAUL ANTHONY -HART <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SOMERVILLE, CHIEF DONALD CALIGURI, CAPTAIN DANIEL MATTHEWS, SERGEANT JOHN AUFIERO, DANIEL F. REGO, JAMES McNALLY, ANTHONY MANZELLI, THOMAS LEYNE and JOHN DOE(S) | CIVIL ACTION NO. #04-10639-RWZ |

## CERTIFICATE PURSUANT TO L.R. 16.1(D)(3)

I, James McNally, certify that I have conferred and discussed the establishment of a budget for the course of conducting litigation in the captioned matter as well as the consideration of the resolution of litigation through alternative dispute resolution.

Defendant,

*James McNally* (signature)
James McNally

Defendant, by his attorney,

*James W. Simpson, Jr.* (signature)
James W. Simpson, Jr./BBO#634344
MERRICK, LOUISON & COSTELLO
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELIZABETH TROIANI, individually and on behalf of her minor son, PAUL ANTHONY -HART<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SOMERVILLE, CHIEF DONALD CALIGURI, CAPTAIN DANIEL MATTHEWS, SERGEANT JOHN AUFIERO, DANIEL F. REGO, JAMES McNALLY, ANTHONY MANZELLI, THOMAS LEYNE and JOHN DOE(S) | CIVIL ACTION NO.<br>#04-10639-RWZ |

## CERTIFICATE PURSUANT TO L.R. 16.1(D)(3)

I, Anthony Manzelli, certify that I have conferred and discussed the establishment of a budget for the course of conducting litigation in the captioned matter as well as the consideration of the resolution of litigation through alternative dispute resolution.

Defendant,

_____
Anthony Manzelli

Defendant, by his attorney,

_____
James W. Simpson, Jr. BBO#634344
MERRICK, LOUISON & COSTELLO
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305