UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*)
ELIZABETH TROIANI, individually )
and on                           )
behalf of her minor              )
son PAUL-ANTHONY HART            )
      Plaintiffs                )
                                 )
          v.                   )Civil Action No. 04-10639RWZ
                                 )
CITY OF SOMERVILLE, et al        )
      Defendants                )
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## Plaintiffs Certification Pursuant to Local Rule 16.1 (D)(3)

This is certification by the undersigned that each party and the parties counsel have conferred with a view to establishing a budget for the costs of conducting the full course - and various alternative courses, of litigation as well as to consider the resolution of litigation through the use of alternative dispute resolution such as those outlined in Local Rule 16.4.

Respectfully Submitted
Elizabeth Troiani, by
her Attorney,

Elizabeth Troiani
on behalf of herself and
Paul-Anthony Hart

_____
Michael C. Donahue
BBO#128940
Michael C. Donahue, P.C.
P.O. Box 610
South Easton, MA 02375
(508) 238-5501

_____
Elizabeth Troiani