FILED
IN CLERKS OFFICE

2004 MAY 28 A 9 34

U.S. DISTRICT COURT
DISTRICT OF MASS.

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELIZABETH TROIANI, individually and on behalf of her minor son, PAUL ANTHONY HART, </br>    Plaintiffs </br> v. </br> CITY OF SOMERVILLE, CHIEF DONALD CALIGURI, CAPTAIN DANIEL MATTHEWS, SERGEANT JOHN AUFIERO, DANIEL F. REGO, JAMES McNALLY, ANTHONY MANZELLI, THOMAS LEYNE and JOHN DOE(S), </br>    Defendants. | C.A. NO. 04-10639-RWZ |

### DEFENDANT, CITY OF SOMERVILLE'S
### CERTIFICATION IN ACCORDANCE WITH LOCAL RULE 16.4

The undersigned hereby affirm they have conferred regarding the following aspects of this matter:

1. establishment of a budget for the cost of conducting the full course, and various alternative courses, of the litigation; and

2. the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
Joseph A. Curtatone
Mayor, City of Somerville

_____
David Shapiro
Assistant City Solicitor
BBO #565564
City Solicitor's Office
City Hall, 93 Highland Avenue
Somerville, MA 02143
(617) 625-6600, ext. 4400

May __, 2004

## CERTIFICATE OF SERVICE

I, David P. Shapiro, certify that on **May 28**, 2004, a true copy of the above document was mailed, postage prepaid to:

Michael C. Donahue, Esq.  
Michael C. Donahue, P.C.  
PO Box 610  
South Easton, MA 02375

James W. Simpson  
Merrick, Louison & Costello, LLP  
67 Battermarch Street  
Boston, MA 02210

_____  
David P. Shapiro  
Assistant City Solicitor

2