UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY 28 A 9:34

U.S. DISTRICT COURT
DISTRICT OF MASS.

ELIZABETH TROIANI, individually and on behalf )
of her minor son, PAUL ANTHONY HART, )
    Plaintiffs )
v. )
)
) C.A. NO. 04-10639-RWZ
CITY OF SOMERVILLE, CHIEF DONALD )
CALIGURI, CAPTAIN DANIEL MATTHEWS, )
SERGEANT JOHN AUFIERO, DANIEL F. REGO, )
JAMES McNALLY, ANTHONY MANZELLI, )
THOMAS LEYNE and JOHN DOE(S), )
    Defendants. )

### DEFENDANT, JOHN AUFIERO'S
### CERTIFICATION IN ACCORDANCE WITH LOCAL RULE 16.4

The undersigned hereby affirm they have conferred regarding the following aspects of this matter:

1. establishment of a budget for the cost of conducting the full course, and various alternative courses, of the litigation; and

2. the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
John Aufiero

_____
David Shapiro
Assistant City Solicitor
BBO #565564
City Solicitor's Office
City Hall, 93 Highland Avenue
Somerville, MA 02143
(617) 625-6600, ext. 4400

May 25, 2004

## CERTIFICATE OF SERVICE

I, David P. Shapiro, certify that on \_\_\_May 28\_\_\_, 2004, a true copy of the above document was mailed, postage prepaid to:

Michael C. Donahue, Esq.  
Michael C. Donahue, P.C.  
PO Box 610  
South Easton, MA 02375

James W. Simpson  
Merrick, Louison & Costello, LLP  
67 Battermarch Street  
Boston, MA 02210

David P. Shapiro  
Assistant City Solicitor