FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS 2004 MAY 28 A 9: 34

U.S. DISTRICT COURT
DISTRICT OF MASS.

ELIZABETH TROIANI, individually and on behalf )
of her minor son, PAUL ANTHONY HART, )
    Plaintiffs )
v. )
    ) C.A. NO. 04-10639-RWZ
CITY OF SOMERVILLE, CHIEF DONALD )
CALIGURI, CAPTAIN DANIEL MATTHEWS, )
SERGEANT JOHN AUFIERO, DANIEL F. REGO, )
JAMES McNALLY, ANTHONY MANZELLI, )
THOMAS LEYNE and JOHN DOE(S), )
    Defendants. )

## DEFENDANT, DANIEL F. REGO'S
## CERTIFICATION IN ACCORDANCE WITH LOCAL RULE 16.4

The undersigned hereby affirm they have conferred regarding the following aspects of this matter:

1. establishment of a budget for the cost of conducting the full course, and various alternative courses, of the litigation; and

2. the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
Daniel F. Rego

_____
David Shapiro
Assistant City Solicitor
BBO #565564
City Solicitor's Office
City Hall, 93 Highland Avenue
Somerville, MA 02143
(617) 625-6600, ext. 4400

May 25, 2004

## CERTIFICATE OF SERVICE

I, David P. Shapiro, certify that on ___May 28___, 2004, a true copy of the above document was mailed, postage prepaid to:

| | |
|---|---|
| Michael C. Donahue, Esq. | James W. Simpson |
| Michael C. Donahue, P.C. | Merrick, Louison & Costello, LLP |
| PO Box 610 | 67 Battermarch Street |
| South Easton, MA 02375 | Boston, MA 02210 |

_____
David P. Shapiro
Assistant City Solicitor