FILED
IN CLERKS OFFICE

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

2004 MAY 28  A 9:34

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| ELIZABETH TROIANI, individually and on behalf of her minor son, PAUL ANTHONY HART, Plaintiffs<br><br>v.<br><br>CITY OF SOMERVILLE, CHIEF DONALD CALIGURI, CAPTAIN DANIEL MATTHEWS, SERGEANT JOHN AUFIERO, DANIEL F. REGO, JAMES McNALLY, ANTHONY MANZELLI, THOMAS LEYNE and JOHN DOE(S), Defendants. | C.A. NO. 04-10639-RWZ |

### DEFENDANT, DONALD CALIGURI'S
### CERTIFICATION IN ACCORDANCE WITH LOCAL RULE 16.4

The undersigned hereby affirm they have conferred regarding the following aspects of this matter:

1. establishment of a budget for the cost of conducting the full course, and various alternative courses, of the litigation; and

2. the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
Donald Caliguri

_____
David Shapiro
Assistant City Solicitor
BBO #565564
City Solicitor's Office
City Hall, 93 Highland Avenue
Somerville, MA 02143
(617) 625-6600, ext. 4400

May 28, 2004

## CERTIFICATE OF SERVICE

I, David P. Shapiro, certify that on _____ ⲆⲆ _____, 2004, a true copy of the above document was mailed, postage prepaid to:

Michael C. Donahue, Esq.
Michael C. Donahue, P.C.
PO Box 610
South Easton, MA 02375

James W. Simpson
Merrick, Louison & Costello, LLP
67 Battermarch Street
Boston, MA 02210

David P. Shapiro
Assistant City Solicitor

2