## FORM 1B. WAIVER OF SERVICE OF SUMMONS

TO: <u>Michael C. Donahue, P.C.</u>

I acknowledge receipt of your request that I waive service of a summons in the action of <u>Elizabeth Troiani, Plaintiff v. City of Somerville, et al, Defendant</u>, which is case number <u>04-10639 RWZ</u> in the United States District Court for the <u>D. Mass</u>. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if I do not answer or motion under Rule 12 is not served upon you with in 60 days after <u>April 5, 2004</u>, or within 90 days after the date if the request was sent outside the United States.

<u>May 6, 2004</u>
Date

<u>David P. Shapiro</u>
Signature
Printed/Typed name: David P. Shapiro
Assistant City Solicitor BBO N/. 565564
[as Attorney on behalf]
[of the defendants]

City of Somerville
Captain Daniel Matthews
Sergeant John Aufiero
Officer David Rego