UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ELIZABETH TROIANI, individually and on behalf of her minor son, PAUL ANTHONY -HART | ) ) ) ) ) |  |
| Plaintiffs, | ) ) | CIVIL ACTION NO. #04-10639-NMG |
| v. | ) ) |  |
| CITY OF SOMERVILLE, CHIEF DONALD CALIGURI, CAPTAIN DANIEL MATTHEWS, SERGEANT JOHN AUFIERO, DANIEL F. REGO, JAMES McNALLY, ANTHONY MANZELLI, THOMAS LEYNE   and JOHN DOE(S) | ) ) ) ) ) ) ) |  |

## NOTICE OF APPEARANCE

Kindly enter my appearance for the defendants, James McNally, Anthony Manzelli, Thomas Leyne and Daniel Rego.

/S/James W. Simpson, Jr.
James W. Simpson, Jr., BBO#634344
Douglas I. Louison   BBO# 545191
James W. Simpson, Jr. BBO#634344
MERRICK, LOUISON & COSTELLO, LLP
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

## CERTIFICATE OF SERVICE

I, James W. Simpson, Jr., certify that on the 4th day of April 2005, I served the foregoing Notice of Appearance on all counsel of record.

/S/James W. Simpson, Jr.
James W. Simpson, Jr.