UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELIZABETH TROIANI,<br>Plaintiff<br><br>vs.<br><br>CITY OF SOMERVILLE, et al<br>Defendants | C.A. NO.: 04-10639NMG |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of Defendants, City of Somerville, Donald Caliguri, and Daniel Matthews, in the above-entitled matter.

THE DEFENDANTS
By their attorney

/s/ John K. Vigliotti
John K. Vigliotti
REARDON, JOYCE & AKERSON, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285
BBO#: 642337

## CERTIFICATE OF SERVICE

I, Andrew J. Gambaccini, hereby certify that a copy of the foregoing Appearance was mailed on this 28th day of April, 2005 via first class mail postage prepaid to all counsel of record as follows:

Michael Donahue
P.O. Box 610
South Easton, MA 02375

James Simpson, Esq.
Merrick, Louison & Costello
67 Batterymarch Street
Boston, MA 02110

Peter Brown, Esq.
156 State Street
5th Floor
Boston, MA 02109

By: /s/ Andrew J. Gambaccini
Andrew J. Gambaccini