UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ELIZABETH TROIANI, *individually and on behalf of her minor son* PAUL - ANTHONY HART,<br>       Plaintiffs<br><br>v.<br><br>CITY OF SOMERVILLE, CHIEF DONALD CALIGURI, CAPT. DANIEL MATTHEWS, SGT. JOHN AUFIERO, DET. DANIEL F. REGO, OFFICERS JAMES McNALLY, ANTHONY MANZELLI, and THOMAS LEYNE and JOHN DOE(S),<br>       Defendants | C.A. No. 04-10639-NMG |

**NOTICE OF APPEARANCE**

Please enter my appearance on behalf of defendant Sgt. John Aufiero, in the above-captioned matter.

                                    FOR DEFENDANT
                                    SGT. JOHN AUFIERO
                                    By his attorney

Dated: May 13, 2005               /s/ Peter M. Brown
                                    Peter M. Brown, BBO #563734
                                    156 State Street, 5th Floor
                                    Boston, MA 02109
                                    (617) 426-9504
                                    Fax (617) 227-3262
                                    pbrownlawyer@cs.com