UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
ELIZABETH TROIANI, individually and on behalf )
of her minor son, PAUL ANTHONY HART,        )
    Plaintiffs                                )
v.                                          )
                                            )   C.A. NO. 04-10639-RWZ
CITY OF SOMERVILLE, CHIEF DONALD            )
CALIGURI, CAPTAIN DANIEL MATTHEWS,          )
SERGEANT JOHN AUFIERO, DANIEL F. REGO,      )
JAMES McNALLY, ANTHONY MANZELLI,            )
THOMAS LEYNE and JOHN DOE(S),               )
    Defendants.                              )
_____)

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR CITY OF SOMERVILLE, CHIEF DONALD CALIGURI, CAPTAIN DANIEL MATTHEWS, SERGEANT JOHN AUFIERO, AND DANIEL REGO

Now comes David Shapiro, counsel for the defendants, City of Somerville, Chief Donald Caliguri, Captain Daniel Matthews, Sergeant John Aufiero, and Daniel Rego, and moves for leave to withdraw as counsel for all defendants whom he represents. As grounds for this Motion, counsel states that due to a conflict of interest that arose during his representation, applicable rules of professional conduct require his withdrawal. Successor counsel has filed an appearance on behalf of all applicable defendant as follows: Reardon, Joyce & Akerson, PC, on behalf of the City of Somerville, Donald

2

Caliguri and Daniel Matthews; Peter M. Brown, Esq., on behalf of John Aufiero; and James Simpson, Esq., on behalf of Daniel Rego.

        CITY OF SOMERVILLE, CHIEF DONALD CALIGURI, CAPTAIN DANIEL MATTHEWS, SERGEANT JOHN AUFIERO, AND DANIEL REGO,
By their attorney,

    /s/ David P. Shapiro
David P. Shapiro
Assistant City Solicitor
BBO #565564
Law Department, City Hall
93 Highland Avenue
Somerville, MA 02143

Dated: May 19, 2005        (617) 625-6600, ext. 4400

CERTIFICATE OF SERVICE

I, David P. Shapiro, certify that on May 19, 2005, a true copy of the above document was mailed, postage prepaid to:Michael C. Donahue, Esq., PO Box 610, South Easton, MA 02375; James W. Simpson, Esq., Merrick, Louison & Costello, LLP, 67 Batterymarch Street, Boston, MA 02210; Peter M. Brown, Esq., 156 State Street, 5th Floor, Boston, MA 02109; Andrew J. Gambaccini, Esq., Reardon, Joyce & Akerson, PC, 397 Grove Street, Worcester, MA 01605.

    /s/ David P. Shapiro
David P. Shapiro
Assistant City Solicitor