# REARDON, JOYCE & AKERSON, P.C.

ATTORNEYS AT LAW
(A PROFESSIONAL CORPORATION)
FAX: (508) 754-7220

EDWARD P. REARDON (Retired)
AUSTIN M. JOYCE
MICHAEL J. AKERSON
JOHN K. VIGLIOTTI
ANDREW J. GAMBACCINI

397 GROVE STRE
WORCESTER, MASSACI    3ETTS
01605
(508) 754-7285

September 22, 2005

Magistrate Judge Marianne B. Bowler
U.S. District Court
One Courthouse Way
Boston, MA 02210

   RE: **Troiani v. City of Somerville**
     **C.A. No.: 04-10639-NMG**

Dear Magistrate Bowler:

  As you are aware, the above referenced matter is scheduled for an alternative dispute resolution hearing on October 20, 2005. Defendant Dan Matthews who has retired from the Somerville Police Department has a preplanned trip to Florida from October 5, 2005 to Octobi 22, 2005. With the Court's permission Mr. Matthews will not be attending the mediation.

  Please advise.

          Very truly yours,

          Austin M. Joyce

AMJ/dc
cc: Peter Brown, Esq.
  Michael Donahue, Esq.
  James Simpson, Esq.