UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELIZABETH TROIANI,<br>    Plaintiff<br><br>vs.<br><br>CITY OF SOMERVILLE, et al<br>    Defendants | )<br>)<br>)<br>)<br>)   C.A. NO.: 04-10639NMG<br>)<br>)<br>)<br>) |

**JOINT MOTION TO EXCUSE ATTENDANCE OF DEFENDANTS CALIGURI, MATTHEWS,, REGO, MANZELLI, McNALLY AND LEYNE AT MEDIATION**

Now come the parties in the above-entitled action and move this Honorable Court to excuse defendants Caliguri and Matthews from attending the mediation because they have retired from active service with the Police Department, have scheduling conflicts with the scheduled date, and would have nothing to offer in furtherance of settlement the parties also request that defendants Rego, Manzelli, McNally and Leyne be excused from attending because although they are still employed by the Police Department they would have nothing to offer in furtherance of settlement. Excusing these parties will expedite the scheduling of the mediation by avoiding conflicting schedules. The defendant municipality will have someone in attendance at the mediation with settlement authority, subject to required approvals by other municipal authorities.

| | |
|---|---|
| Elizabeth Troiani,<br>By her Attorney<br><br>_____<br>Michael Donahue, Esq.<br>P.O. Box 610<br>South Easton, MA 02375 | City of Somerville, Donald Caliguri,<br>and Daniel Matthews,<br>By their Attorney<br><br>_____<br>Austin M. Joyce, Esq.<br>Reardon, Joyce & Akerson, P.C.<br>397 Grove Street<br>Worcester, MA 01605 |

| | |
|---|---|
| Daniel F. Rego, James McNally, Anthony Manzelli, and Thomas Leyne, By their Attorney, | John Aufiero, By his Attorney |
| */s/ James Simpson* <br> James Simpson, Esq. /hwJ <br> Merrick, Louison & Costello <br> 67 Batterymarch Street <br> Boston, MA 02110 | */s/ Peter Brown* <br> Peter Brown, Esq. /hwJ <br> 156 State Street <br> 5th Floor <br> Boston, MA 02109 |

## CERTIFICATE OF SERVICE

I, Austin M. Joyce, hereby certify that a copy of the foregoing document was mailed on this 14th day of October, 2005 via first class mail postage prepaid to all counsel of record as follows:

Michael Donahue
P.O. Box 610
South Easton, MA 02375

James Simpson, Esq.
Merrick, Louison & Costello
67 Batterymarch Street
Boston, MA 02110

Peter Brown, Esq.
156 State Street
5th Floor
Boston, MA 02109

By: _____
Austin M. Joyce