UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ELIZABETH TROIANI
   Plaintiff(s)

               CIVIL ACTION
               NO. 04-10639-NMG

V.

CITY OF SOMERVILLE, ET AL
   Defendant(s)

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE _____Gorton_____

[ ]   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]   On _____12/2/2005_____ I held the following ADR proceeding:

   _____ SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION
   __x__ MEDIATION    _____ SUMMARY BENCH / JURY TRIAL
   _____ MINI-TRIAL    _____ SETTLEMENT CONFERENCE

  All parties were represented by counsel. The parties were present in person
  [except for the third party defendants, who participated via teleconference]
  The case was:

[X]   Settled, parties to bear their own costs.
  Your clerk should enter a 60 day order of dismissal.

[ ]   There was progress. A further conference has been scheduled for _____ unless
  the case is reported settled prior to that date.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This
  case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:

  ____12/5/2005_____          __U.S.M.J. Marianne B. Bowler____
    DATE                  ADR Provider