UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Elizabeth Troiani,
      Plaintiff

v.                                                                   Civil Action No. 04-10639-NMG

City of Somerville, et al.,
      Defendant

## SETTLEMENT ORDER OF DISMISSAL

<u>GORTON, D.J.</u>

      The Court having been advised by ADR report on 12/5/2005 that this action has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the

right of any party upon good cause shown within sixty (60) days to reopen the action if

settlement is not consummated.

By the Court,

/S/ Craig J. Nicewicz

12/5/05                                                                      _____
   Date                                                                     Craig J. Nicewicz
                                                                          Courtroom Clerk

Case 1:04-cv-10639-NMG    Document 35    Filed 12/05/2005    Page 2 of 2