UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ELIZABETH TROIANI,<br>    Plaintiff<br><br>vs.<br><br>CITY OF SOMERVILLE, et al<br>    Defendants | )<br>)<br>)<br>)<br>)   C.A. NO.: 04-10639NMG<br>)<br>)<br>)<br>) |

STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to the provisions of Fed. R. Civ. P. 41 (a) (1) (ii), hereby stipulate that all claims of Elizabeth Troiani on behalf or her minor son Paul-Anthony Hart against defendants City of Somerville, Donald Caliguri, Daniel Matthews, John Aufiero, Daniel R. Rego, James McNally, Anthony Manzelli, and Thomas Leyne be dismissed with prejudice and with each party bearing its own costs.

                                                                THE DEFENDANTS
                                                                Donald Caliguri and Daniel Matthews, City
                                                                of Somerville,
                                                                By their attorney

Dated: 12/8/05

                                                                Austin M. Joyce, Esq.
                                                                EDWARD P. REARDON, P.C.
                                                                397 Grove Street
                                                                Worcester, MA 01605
                                                               (508) 754-7285

THE DEFENDANTS
Daniel F. Rego, James McNally, Anthony Manzelli and Thomas Leyne,
By their attorney

Dated: 12/8/05

*/s/ James Simpson*
James Simpson, Esq.
Merrrick, Louison & Costello
67 Batterymarch Street
Boston, MA 02110

THE DEFENDANT
John Aufiero,
By his attorney

Dated: 12/8/05

*/s/ Peter Brown*
Peter Brown, Esq.
156 State Street
5th Floor
Boston, MA 02109

Dated: 12/8/05

THE PLAINTIFF
Elizabeth Troiani, on behalf of her minor son Paul-Anthony Hart
By her attorney

*/s/ Michael Donahue*
Michael Donahue, Esq.
P.O. Box 610
South Easton, MA 02375