UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ELIZABETH TROIANI,<br>Plaintiff<br><br>vs.<br><br>CITY OF SOMERVILLE, et al<br>Defendants | C.A. NO.: 04-10639NMG |

## STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to the provisions of Fed. R. Civ. P. 41 (a) (1) (ii), hereby stipulate that all claims against defendants City of Somerville, Donald Caliguri, Daniel Matthews, John Aufiero, Daniel R. Rego, James McNally, Anthony Manzelli, and Thomas Leyne be dismissed with prejudice and with each party bearing its own costs.

THE DEFENDANTS
Donald Caliguri and Daniel Matthews, City of Somerville,
By their attorney

Dated: _Jan 30, 2006_

_/s/ Austin M. Joyce_
Austin M. Joyce, Esq.
REARDON, JOYCE & AKERSON, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285

THE DEFENDANTS
Daniel F. Rego, James McNally, Anthony Manzelli and Thomas Leyne,
By their attorney

Dated: _1-23-06_

_/s/ James Simpson_
James Simpson, Esq.
Merrick, Louison & Costello

|  |  |
|---|---|
|  | 67 Batterymarch Street |
|  | Boston, MA 02110 |

**THE DEFENDANT**
John Aufiero,
By his attorney

Dated: 1/24/06

Peter Brown, Esq.
156 State Street
5th Floor
Boston, MA 02109

Dated: 1/19/2006

**THE PLAINTIFF**
Elizabeth Troiani, on behalf of her minor son Paul-Anthony Hart
By her attorney

Michael Donahue, Esq.
P.O. Box 610
South Easton, MA 02375

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on ~~January~~ March 2nd, 2006.

Michael Donahue
P.O. Box 610
South Easton, MA 02375

James Simpson, Esq.
Merrick, Louison & Costello
67 Batterymarch Street
Boston, MA 02110

Peter Brown, Esq.
156 State Street
5th Floor
Boston, MA 02109

By: _____
Austin M. Joyce