UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
ELIZABETH TROIANI,                  *
    Plaintiffs                      *
                                    *
VS.                                 * C. A. NO 04-106939NMG
CITY OF SOMERVILLE, et al           *
    Defendants                      *
_____ *

## Notice of Withdrawal of Motions

Now comes the Plaintiff Elizabeth Troiani and hereby withdraws her earlier filed motions for:

1. Motion for Sanctions and Attorney's Fees, and

2. Motion to Enforce Settlement Agreement.

In support of the withdrawal of this motion Counsel states that Subsequent to the filing settlement documents were executed by the City of Somerville on behalf of the city and the related defendants. As a consequence plaintiff leaves that no hearing on any pending motions is necessary.

                            Respectfully submitted,
                            Elizabeth Troiani
                            By her Attorney,

                            /s/  Michael C. Donahue_____
                            Michael C. Donahue,
                            BBO#128940
                            Michael C. Donahue, P.C.
                            P.O. Box 610

```
                                    South Easton, MA  02375
                                    (508) 238-5501
```